[S. F. No. 5195.   In Bank.—February 16, 1909.]

DANIEL TATTENHAM et al., Petitioners, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

INJUNCTION—PERSON NOT PARTY—CERTIORARI.—A person who has been enjoined in an action in which he was not made a party may make himself a party by moving to set aside the injunction, and if his motion is denied, may appeal from the order of denial. He is not entitled to a writ of *certiorari* to annul the injunction proceedings.

APPLICATION for a Writ of Certiorari directed to the Superior Court of the City and County of San Francisco. James M. Troutt, Judge.

The facts are stated in the opinion of the court.

Henry B. Lister, for Petitioners.

Bush Finnell, for Respondent.

THE COURT.—This is a petition for the writ of *certiorari.* It is alleged that the petitioners have been enjoined in an action to which they were not parties, and therefore not subject to the jurisdiction of the court granting the injunction. If they can appeal it is conceded they have no right to the writ, and there is no doubt that they can appeal by making themselves parties in the manner pointed out in *Elliott* v. *Superior Court,* 144 Cal. 509, [103 Am. St. Rep. 102, 77 Pac. 1109].

Writ denied.